FILED
Jul 02 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ jenniferr  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '15 CR1709 GPC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |
| FABIAN FLORES, | |
| Defendant. | |

The United States Attorney charges:

On or about June 2, 2015, within the Southern District of California, defendant FABIAN FLORES, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/2/15 .

LAURA E. DUFFY
United States Attorney

FAV  JULIA A. CLINE
Special Assistant U.S. Attorney

JACL:lg:San Diego
6/15/15